**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ALEXCIA WEBSTER,
as Guardian and next of kin for
D.A. Sanders, Jr., a minor,
on behalf of D. A. Sanders, Jr.                                                                PLAINTIFF

V.                                       No. 3:08CV00132 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                         DEFENDANT

**ORDER**

On December 1, 2008, the deadline for Plaintiff to file her Appeal Brief, she filed a Motion to Extend Time to File Brief (docket entry #12) in which she requested a fifteen-day extension of the filing deadline. In anticipation of receiving a Response from Defendant, the Court delayed ruling on the Motion. Plaintiff then allowed the requested December 15 deadline to pass without filing her Appeal Brief.

Plaintiff is now fifteen days beyond the requested December 15 deadline and has filed nothing indicating when or if she intends to file an Appeal Brief. Under these circumstances, the Court will grant Plaintiff a **final extension of time**, until **January 15, 2009,** within which to file her Appeal Brief. If Plaintiff fails to do so, the Court will dismiss this case, without prejudice.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Time to File Brief (docket entry #12) is GRANTED. Plaintiff shall file her Appeal Brief on or before January 15, 2009.

DATED this 30th day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE