# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ALEXCIA WEBSTER on behalf of
 D.A. SANDERS, JR.                                                          PLAINTIFF

v.                                      3:08CV00132 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                     DEFENDANT

## ORDER OF DISMISSAL

By Order dated December 30, 2008, Plaintiff was granted an extension of time until January 15, 2009, within which to file her Appeal Brief. (Docket entry #13) That Order specified that the extension of time was her final extension of time and that the case would be dismissed without prejudice if she failed to file her Brief within the allowed time. Plaintiff failed to file her Brief within the allowed time.

IT IS THEREFORE ORDERED that Plaintiff's Complaint is dismissed, without prejudice, for failure to comply with the Court's Order.

DATED this 1st day of May, 2009.

_____
UNITED STATES MAGISTRATE JUDGE